[No. 47407-7-II.   Division Two.   November 1, 2016.]

JAMES GOUGHNOUR, *Appellant*, v. MARK C. DOYLE, SR., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 13-2-00927-3, F. Mark McCauley, J., entered March 19, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Sutton, JJ.

[No. 47500-6-II.   Division Two.   November 1, 2016.]

WCEM, INC., *Appellant*, v. LOST LAKE RESORT, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-05890-5, Katherine M. Stolz, J., entered March 30, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson and Lee, JJ.

[No. 47750-5-II.   Division Two.   November 1, 2016.]

*In the Matter of the Personal Restraint of* JICOREY RICCARDO BRADFORD, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Melnick, J., concurred in by Worswick and Maxa, JJ.

[No. 48028-0-II.   Division Two.   November 1, 2016.]

ENID DUNCAN ET AL., *Appellants*, v. THE CITY OF EDGEWOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-13566-7, Katherine M. Stolz, J., entered August 28, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Melnick, J.